MATTHEW D. METZGER (#240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Ste 314
San Mateo, CA 94402
t. (415) 513-5980
f. (415) 513-5985
e. mmetzger@belvederelegal.com

Proposed Attorney for Debtor-in-Possession
Red Bay Coffee Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>**RED BAY COFFEE COMPANY, INC.**<br>   *f/k/a* **Red Bay Coffee Company LLC**<br><br>EIN 46-5183215<br><br>Debtor. | Case No. 24-41317 WJL 11<br><br>**Chapter 11**<br><br><u>**APPLICATION TO EMPLOY COUNSEL**</u><br><br>**Date:**<br>**Time:**<br>**Place:** In person, with option to appear via Zoom Webinar/AT&T Teleconference<br>1300 Clay Street,<br>Courtroom 220<br>Oakland, CA 94612<br><br>**Judge:** Hon. William J. Lafferty, III |

     Red Bay Coffee Company, Inc.. (the "Debtor" and/or the "RBCC" and/or "Red Bay Coffee" and/or "Applicant") submits this application to employ Belvedere Legal, a Professional Corporation, whose business offices are located at 1777 Borel Place, Suite 314, San Mateo, CA 94402, as its general bankruptcy counsel (the "Firm"). This Application is brought pursuant to

sections 327(a) and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2014 and the Guidelines of the Office of United States Trustee. In support of the Application, the Applicant represents as follows:

1. Simultaneously herewith, Applicant's counsel has filed a Declaration with Mr. Metzger's fee agreement attached.

2. During the course of this Chapter 11 case, Applicant will require the services of counsel skilled in reorganization matters. Applicant now seeks Court approval to retain the Firm, at the expense of the estate, to provide the legal services that will be required to represent Applicant in this case. Applicant desires to retain the Firm because of its prior Chapter 11 experience, and because of its relationship with experienced debtor-side bankruptcy attorneys who are available to assist the Firm, where necessary. Based on the above reasons, Applicant believes it is in the best interest of the Debtor's estate to retain the Firm in this Chapter 11 case. All members of the Firm who will be active in this case are admitted to practice in this Court.

3. Subject to further order of this Court, and without being exhaustive, the Firm proposes to render the following types of legal services to Applicant.

   a. To advise and represent Applicant to all matters and proceedings within this Chapter 11 case, other than those particular areas that may be assigned to special counsel;

   b. To assist, advise and represent Applicant in any manner relevant to a review of its debts, obligations, maximization of its assets and where appropriate, disposition thereof;

   c. To assist, advise and represent Applicant in the operation, reorganization, and/or liquidation of its business, if appropriate;

   d. To assist, advise and represent Applicant in the performance of all of its duties and powers under the Bankruptcy Code and Bankruptcy Rules, and in the performance of such other services as are in the interests of the estate;

e. To assist, advise and represent Applicant in dealing with its creditors and other constituencies, analyzing the claims in this case and formulating and seeking approval of a Plan of Reorganization.

4. To the extent any clause of the fee agreement conflicts with U.S. Bankruptcy laws, Applicant agrees that U.S. Bankruptcy laws prevail.

5. Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines for Compensation and this Court's rules, Applicant proposes to reimburse the Firm for its expenses according to its customary reimbursement policies for attorney's fees and costs.

6. Subject to court approval, applicant has agreed to reimburse counsel for costs and for fees at counsel's rate of $695/hr.

**Pre-Petition Retainer**

7. The Firm is a small boutique firm with one attorney. The Firm is actively interviewing candidates for potential positions as attorney or paralegal. Thus, the Firm may expand in the near future.

8. On or about August 13, 2024, the Firm first met the Debtor.

9. The Firm first rendered services on August 14, 2024.

10. The Firm and the Debtor signed a legal services agreement on August 19, 2024.

11. The Debtor paid a total pre-petition retainer of $50,000, paid as follows:
    a. August 20, 2024: $25,000
    b. August 27, 2024: $25,000

12. The Debtor filed its Chapter 11 case on August 29, 2024 (the "Petition Date").

13. Pre-petition, the Firm earned $11,356 and received payment from trust for fees and expense reimbursement $11,356. The unearned retainer balance as of the Petition Date was $38,644.00.

**Confirmation of Disinterestedness**

14. Having reviewed the filings in this case, as well as the current and former clients of the Firm, the Firm believes that the Firm does not represent any interest adverse to the Debtor or its estate.

Nor does the Firm hold any interest materially adverse to the interests of the Debtor or its estate. After diligent inquiry, the Firm believes that the Firm is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

15. After diligent inquiry, the Firm believes neither the Firm, nor any of its attorneys, have any connection with the Debtor, any creditors of the estate, any party in interest, their attorneys or accountants, any judge of this Court, the United States Trustee, or any person employed in the office of the United States Trustee.

16. To the extent any clause of the fee agreement conflicts with U.S. Bankruptcy laws, the Firm agrees that U.S. Bankruptcy laws prevail.

17. This Application has been submitted to the Office of the United States Trustee via ECF. No hearing is required unless requested by the United States Trustee, a party in interest, or the Court.

Wherefore, Applicant respectfully requests that this Court approve the employment of the Belvedere Legal, a Professional Corporation as its general bankruptcy counsel to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: September 4, 2024

**RED BAY COFFEE COMPANY, INC.**

 /s/ *Keba A. Konte*
Keba A. Kote
Its Chief Executive Officer &
Proposed Debtor's Responsible Individual

Presented By:
**BELVEDERE LEGAL, A PROFESSIONAL CORPORATION**

/s/ *Matthew D. Metzger*
Matthew D. Metzger
Proposed Attorney for Debtor