MATTHEW D. METZGER (#240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Ste 314
San Mateo, CA 94402
t. (415) 513-5980
f. (415) 513-5985
e. mmetzger@belvederelegal.com

Proposed Attorney for Debtor-in-Possession
Red Bay Coffee Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>**RED BAY COFFEE COMPANY, INC.**<br>    *f/k/a* **Red Bay Coffee Company LLC**<br><br>EIN 46-5183215<br><br>Debtor. | Case No. 24-41317 WJL 11<br><br>**Chapter 11**<br><br><u>**CERTIFICATE OF SERVICE**</u><br><br><br>**Date:**<br>**Time:**<br>**Place:** In person, with option to appear via Zoom Webinar/AT&T Teleconference<br>1300 Clay Street,<br>Courtroom 220<br>Oakland, CA 94612<br><br>**Judge:** Hon. William J. Lafferty, III |

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is Belvedere Legal, PC, 1777 Borel Place, Suite 314, San Mateo, CA 94402.

On September 4, 2024, I served the attached document(s) entitled:

1. **APPLICATION TO EMPLOY COUNSEL**
2. **DECLARATION OF MATTHEW D. METZGER IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **September 4, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee/Oak<br>christina.goebelsmann@usdoj.gov<br><br>Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee/Oak<br>Paul.Leahy@usdoj.gov<br><br>Matthew D. Metzger on behalf of Debtor Red Bay Coffee Company, Inc.<br>belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com<br><br>Office of the U.S. Trustee/Oak<br>USTPRegion17.OA.ECF@usdoj.gov<br><br>Mark M. Sharf<br>mark@sharflaw.com,<br>msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com;2180473420@filings.docketbird.com |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2024 at San Mateo, California.

/s/ *Matthew D. Metzger*
Matthew D. Metzger