MATTHEW D. METZGER (#240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Ste 314
San Mateo, CA 94402
t. (415) 513-5980
f. (415) 513-5985

Attorney for Debtor-in-Possession
Red Bay Coffee Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>RED BAY COFFEE COMPANY, INC.<br>   *f/k/a* Red Bay Coffee Company LLC<br><br>EIN 46-5183215<br><br>Debtor. | Case No. 24-41317 DM<br><br>**Chapter 11**<br><br>**DECLARATION OF ANTHONY E. RODRIGUEZ IN SUPPORT OF APPLICATION TO EMPLOY AER LEGAL, APC AS SPECIAL COUNSEL**<br><br>**Date:**<br>**Time:**<br>**Room:** Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars<br><br>Courtroom 17<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br><br>Hon. Dennis Montali |

I, Anthony E. Rodriguez, declare as follows:

1. I am an attorney admitted to practice law in the State of California. The matters stated below are made and based upon my personal knowledge, except for those matters stated

upon information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify to the matters as set forth below.

2. I am the principal of AER Legal, APC ("Firm"). The Firm is proposed special counsel for Debtor-in-Possession Red Bay Coffee Company, Inc. ("RBC" or "Debtor") for the purposes of serving as Debtor's "general business counsel" in order to prepare documentation and agreements related to insider equity financing into the Debtor from certain members of Debtor's Board of Directors.

3. The Firm anticipates that following two (2) members of the Firm will engage on the matter, at the following billable rates:

    a. Anthony E. Rodriguez: $550/ hr.

    b. James C. Harris: $450/hr.

4. Mr. Harris is provisionally-licensed under the State of California and is authorized to provide legal services under supervision of the supervising attorney.

5. For the purposes of this engagement – the drafting of private equity financing agreements and related correspondence – I will serve as the supervising attorney.

6. I am licensed to practice law under the State Bar of California – SBN #147361.

7. I have confirmed with the State Bar of California that Mr. Harris is authorized to practice law provided that I serve as Mr. Harris' supervising attorney.

8. The rates that the Firm agrees to charge the Debtor accord with the Firm's customary reimbursement policies for attorneys' fees and costs.

9. The rates are the same or better than the rates that the Firm charges other non-bankruptcy clients.

10. Attached as **Exhibit A** is a true and correct copy of the proposed engagement.

11. Attached as **Exhibit B** is a true and correct copy of the proposed Provisionally Licensed Lawyer Notice and Consent Agreement.

12. To the extent any clause of the fee agreement conflicts with U.S. Bankruptcy laws, I agree that U.S. Bankruptcy laws prevail.

13. Having reviewed the records of the Debtor, including a list of its creditors and any other party in interest, I believe that the Firm does not represent any interest adverse to the Debtor or his estate. Nor does the Firm hold any interest materially adverse to the interests of the Debtor or his estate.

14. Neither the Firm, nor any of its members or employees, have any additional connection with the Debtor, any creditors of the estate, any party in interest, their attorneys or accountants, any judge of this Court, the United States Trustee or any person employed in the office of the United States Trustee, other than what is disclosed in this declaration.

15. Prior to the instant engagement, I do not have any prior contact with the Debtor or Debtor's Board of Directors.

16. Prior to the instant engagement, Mr. James C. Harris has provided legal services to a director on Debtor's Board of Directors – Red Bay CA II, LLC, its representative Mr. Booker Whitt, and/or Red Bay CA II, LLC's parent entity, Cleveland Avenue[1]

17. Neither the Firm nor and of its members or employees is owed any funds and is not a pre-petition creditor of the Debtor's estate.

18. Neither the Firm nor and of its members or employees is owed any funds and is not a creditor of the any directors that sit on Debtor's Board of Directors.

19. The Firm has not shared or agreed to share compensation with any entity except as among its attorneys and paralegals.

20. This Declaration has been submitted simultaneously to the Office of the United States Trustee via ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March, at Mountain View, California.

                                               /s/ Anthony E. Rodriguez
                                                   Anthony E. Rodriguez

---

[1] See https://www.clevelandavenue.com/ (last accessed March 18, 2025)

# EXHIBIT A

# AER LEGAL

A PROFESSIONAL CORPORATION
COUNSELORS AND ATTORNEYS AT LAW

211 Hope Street, No. 391803
Mountain View, California 94041

TEL: 650.963.9670
anthony@aerlegal.com

March 12, 2025

**CONFIDENTIAL COMMUNICATION**
**ENGAGEMENT AGREEMENT**

**VIA EMAIL**
keba@redbaycoffee.com

Keba Konte
CEO
RED BAY COFFEE COMPANY, INC.
3136 International Boulevard
Oakland, CA 94601

        Re:    Red Bay Coffee Company, Inc. / General Business Counsel

Dear Mr. Konte:

Thank you for selecting AER LEGAL, APC, to represent RED BAY COFFEE COMPANY, INC, a Delaware benefit corporation (sometimes referred to herein as "you" or "your") in the matters referenced above. We recognize that you have your choice of counsel and appreciate the confidence that you have shown in us.

Pursuant to our normal policy, this letter confirms your decision to engage us for the representation described below and sets forth the terms and conditions upon which we have been engaged to provide such representation. We apologize in advance for the length and terseness of this letter, but we trust you recognize the need for us to apply uniform retention policies, whenever possible, with respect to our services. Of course, if you have questions, comments or concerns regarding the following matters, please do not hesitate to call us.

        **I.**    **SCOPE OF REPRESENTATION**

We have been engaged to represent you with reference to those matters set forth under Schedule 1, Scope of Representation, which is incorporated herein.

**AER LEGAL**
A PROFESSIONAL CORPORATION

Keba Konte
RED BAY COFFEE COMPANY, INC.
March 12, 2025
Page 2 of 7


Should you engage us to perform other services, the scope of such services and the terms and conditions of such engagement should, in accordance with our normal practice, be set forth in a separate letter. However, if, for whatever reason, a separate letter as to such other services is not signed by both you and me, it is agreed that all of the provisions of this engagement letter, other than the provisions regarding the scope of services to be provided as set forth in Schedule 1, will apply to our engagement with respect to such other services. Furthermore, should, for whatever reason, the provision of legal services commence prior to the date that this engagement agreement is signed by both of us, it is agreed that the terms set forth herein shall apply retroactively to the date such services did commence.

## II.     FEES, CHARGES, AND RELATED MATTERS

    A.    <u>Fees for Legal Services</u>. As you can appreciate, we attempt to keep our fee structure attractive to our clients. We believe that the fee rates we have established are competitive with those charged by other firms for similarly talented and experienced attorneys and legal personnel.

Based on our discussions, it is our understanding that you have agreed to pay for the services rendered by us, and by any associated attorneys and/or legal assistants, based on our then effective hourly rates for the attorneys and legal assistants providing such services. Our hourly rates, and the hourly rates of any associated attorneys and/or legal assistants, are based on our experience and professional skills. Our normal practice is to establish such hourly rates annually, with any change to be effective as of January 1 of each calendar year. The initial hourly rates or flat rates which will apply to our engagement hereunder are set forth on Schedule 1, which is incorporated herein.

    B.    <u>Charges</u>. Although professional fees normally make up the vast bulk of our billings, we will also incur other costs. The amount of these costs in proportion to fees varies from client to client and matter by matter. In order to ensure that the clients and matters causing us to incur these costs are charged accordingly, we have not considered such costs in establishing our fee rate structure, in favor of charging such costs separately to the appropriate client. It is therefore our understanding that, in addition to the fees for legal services rendered, you agree to pay, and our statements will include, the following ("Charges"):

        1.    Charges for staff services and direct and indirect expenses for telephone calls, postage, messengers, overnight deliveries, document production,

**AER LEGAL**
A PROFESSIONAL CORPORATION

Keba Konte
RED BAY COFFEE COMPANY, INC.
March 12, 2025
Page 3 of 7

photocopying, online legal research, online data research, electronic deposition digesting, and document imaging;

      2.      Travel expenses of attorneys and/or legal assistants;

      3.      Fees charged by governmental agencies, which you have not paid directly as provided below;

      4.      The costs of outside retained services such as process service, court and deposition reporting and transcription services, expert witnesses, and investigation services not paid by you directly to the provider of such services as provided below; and

      5.      Other costs or expenses which we would not have incurred but for our representation of you. Many of those Charges will be billed directly to us or to our firm.

This letter constitutes your authorization for us to incur such Charges on your behalf. Our standard practice is to have the Charges for outside retained services invoiced to you directly. This letter constitutes your agreement to pay all such invoices prior to delinquency and to hold us harmless from your failure to do so. Of course, to the extent the Charges are paid directly by us and not by you, you should remit payment promptly with your payment for our services.

      C.      <u>Retainer</u>. We have agreed to waive our retainer fee given the time sensitive nature of your bankruptcy related financing needs. However, we propose a fixed fee to undertake this engagement as set forth on Schedule 1 ("Fee") to be billed as provided below. This Fee is in lieu of you depositing a retainer amount with us ("Retainer"). Such amount does not represent our estimate of the total fees and Charges to be incurred in the course of this engagement or for any time period of our engagement.

      D.      <u>Payment Terms</u>. All fees are subject to prior Bankruptcy Court approval. We agree that the Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees apply.

See https://www.canb.uscourts.gov/procedure/guidelines-compensation-and-expense-reimbursement-professional-and-trustees

**AER LEGAL**
A PROFESSIONAL CORPORATION

Keba Konte
RED BAY COFFEE COMPANY, INC.
March 12, 2025
Page 4 of 7

### III.      OTHER MATTERS

     A.      <u>Termination of Representation</u>. You have the right to terminate our representation of you at any time. Similarly, subject to our ethical obligations to give you reasonable notice to arrange for alternate representation, we may terminate our representation of you at any time, including for non-payment of Fees. You acknowledge that failure to pay any Fees or Charges when due shall be grounds for our withdrawal from representation without further notice. Should either of us exercise our right to terminate our representation, you agree to promptly sign a Substitution of Counsel authorizing our withdrawal, and the withdrawal of our associated attorneys, as counsel of record in any judicial, administrative or other proceeding in which I, or any of our associated attorneys, have appeared on your behalf. In the event of termination, you will continue to be liable for any Charges and any reasonable attorney's fees, continent or otherwise.

     B.      <u>Arbitration of Dispute</u>. Although we look forward to a mutually enjoyable relationship, we mutually agree that, in order to avoid litigation in the event of any dispute concerning any services rendered or billing or billings submitted by us, the dispute shall be submitted to mandatory binding arbitration. Such arbitration shall be conducted in Santa Clara County, California, and in accordance with the rules of the State Bar of California, before an arbitrator or arbitrators selected in accordance with those rules or the rules of any local bar association within Santa Clara County which is operating under the auspice of the State Bar. As a practical matter, by agreeing to arbitrate disputes, you are waiving your right to a jury trial. In the event that legal proceedings are instituted between us for any reason, the prevailing party shall be entitled to an allowance of reasonable attorneys' fees and other costs incurred as a result of the action or proceeding. The decision of the arbitrator(s) shall be final and binding on the parties. Judgment on any arbitration award may be entered in accordance with the Rules of Civil Procedure of the State of California.

     C.      <u>Document Retention</u>. You agree that you will be responsible for providing us with all documents pertinent to this matter. Even if you have in effect document retention policies that may result in the scheduled destruction or discarding of documents that may be relevant to this matter, please do <u>not</u> destroy or discard any possibly relevant documents until you speak with us. Further, please be advised that we have a file

**AER LEGAL**
A PROFESSIONAL CORPORATION

Keba Konte
RED BAY COFFEE COMPANY, INC.
March 12, 2025
Page 5 of 7

retention policy such that all files and documents in each matter handled by us or by any of our associated attorneys will be destroyed 5 years after the conclusion of our engagement with respect to such matter. If you would like us to provide you with any files or documents or believe that any files or documents need to be retained for a longer period, then you must provide us with written notice within 5 years of the conclusion of our engagement in the respective matter.

   D. <u>No Warranties</u>. As you know, litigation, arbitration, mediation and negotiation are, by their nature, unpredictable. It is not possible to warrant a successful result or represent that a particular result can be obtained within a given time framework. we appreciate your awareness of, and patience with, the pitfalls of litigation, arbitration, mediation and negotiation. You acknowledge that we have not made any representations, promises, warranties or guarantees to you, express or implied, regarding the outcome of your matter.

   E. <u>Rule 1.4.2 Disclosure of Professional Liability Insurance</u>.  Pursuant to the California Rules of Professional Responsibility, Rule 1.4.2, we are informing you that we do not maintain professional liability insurance applicable to this engagement.

Please review this letter carefully. If this letter correctly reflects your understanding of the terms and conditions of our engagement, please sign this letter in the space provided below for such purpose and return the same to us. If you have any questions or concerns regarding the contents of this letter, please call me to discuss them and do not sign this letter.

Once again, thank you for selecting us as counsel to you in this matter.

         Sincerely,

         Signed by:
         *Anthony E. Rodriguez*
         ADE12586857346B...
         Anthony E. Rodriguez

# AER LEGAL

A PROFESSIONAL CORPORATION

Keba Konte
RED BAY COFFEE COMPANY, INC.
March 12, 2025
Page 6 of 7

## ACKNOWLEDGMENT

The undersigned has read and understands this Engagement Agreement (including the terms set forth on Schedule 1, which is attached hereto and incorporated herein), and agrees that it correctly sets forth the terms and conditions upon which you have engaged AER LEGAL, APC in connection with the representation described herein

By: Date: 3/12/2025

Keba Konte, CEO
RED BAY COFFEE COMPANY, INC.

## SCHEDULE 1

**Scope of Representation**

We have been engaged to represent RED BAY COFFEE COMPANY, INC., a Delaware benefit corporation, as its general business counsel. The scope of representation will be to provide and legal advice and counsel with respect to a certain capital investment into the company, including the preparation of documentation and agreements pursuant thereto ("Scope of Representation"). This engagement is only for the representation of the corporation and does not include the representation of any individual founder or other constituent of the corporation. This agreement does not include litigation or appeals.

**Flat Rate Fee**

The flat rate fee for the Scope of Representation is $15,000.

**Hourly Rates**

You have agreed to pay for any additional work, other than the Scope of Representation contemplated by this engagement letter, at our current rates set forth below.

**AER LEGAL**
A PROFESSIONAL CORPORATION

Keba Konte
RED BAY COFFEE COMPANY, INC.
March 12, 2025
Page 7 of 7

| | |
|---|---|
| Anthony E. Rodriguez | $550 |
| Corey Harris | $450 |
| Other Associated Attorneys | $400 |
| Legal Assistants | $200 |

**Bankruptcy Acknowledgment:** All fees are subject to Bankruptcy Court approval. Counsel shall file applications for approval of fees and expenses in accordance with 11 U.S.C. §§ 326-331 (as applicable); Fed. R. Bankr. Proc. 2016(a), 2002(a), (c), and (k); B.L.R. 9014-1(b)(1); and the Northern District's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (available on the court website at http://www.canb.uscourts.gov/). Fee applications that do not comply with the foregoing authority may be denied.

# EXHIBIT B

# AER LEGAL

A PROFESSIONAL CORPORATION
COUNSELORS AND ATTORNEYS AT LAW

211 Hope Street, No. 391803
Mountain View, California 94041

TEL: 650.963.9670
anthony@aerlegal.com

March 12, 2025

**CONFIDENTIAL COMMUNICATION**
**PROVISIONALLY LICENSED LAWYER NOTICE AND CONSENT AGREEMENT**

**VIA EMAIL**
keba@redbaycoffee.com

Keba Konte
CEO
RED BAY COFFEE COMPANY, INC.
3136 International Boulevard
Oakland, CA 94601

    Re:    Representation by a Provisionally Licensed Lawyer (PLL)

Dear Mr. Konte:

RED BAY COFFEE COMPANY, INC., a Delaware benefit corporation (sometimes referred to herein as "you" or "your") in connection with that certain Engagement Agreement dated March 12, 2025 ("Engagement Agreement"), understands that James C. Harris (PL-450211) is a Provisionally Licensed Lawyer ("PLL") authorized to practice law in California under the direct supervision of Anthony Ellis Rodriguez #147361 ("Supervising Attorney") at AER LEGAL, APC in accordance with California Rule of Court 9.49(i)(1)(E).

You acknowledge and consent that:

- The PLL is not fully licensed but is permitted to provide legal services under supervision of the Supervising Attorney.
- The Supervising Attorney is responsible for overseeing all aspects of this matter.
- You have the right to direct any concerns or legal questions to the Supervising Attorney.
- You consent to the PLL handling aspects of the legal matter under supervision.

You have had the opportunity to ask any questions regarding this arrangement and consent to proceed.

Please review this letter carefully. If this letter correctly reflects your understanding of the terms and conditions, please sign this letter in the space provided below for such purpose and return the same to us. If you have any questions or concerns regarding the contents of this letter, please call me to discuss them and do not sign this letter.

Once again, thank you for selecting us as counsel to you in this matter.

                                              Sincerely,

                                              *Anthony E. Rodriguez*
                                              Anthony E. Rodriguez

## ACKNOWLEDGMENT AND CONSENT

       The undersigned has read and understands this Provisionally Licensed Lawyer Notice and Consent Agreement, and agrees that it correctly sets forth the terms and conditions upon which you have engaged AER LEGAL, APC in connection with the representation described in the Engagement Agreement.

By:____*keba konte*_____      Date: __3/12/2025__
        Keba Konte, CEO
        RED BAY COFFEE COMPANY, INC.